# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOROTHY ERIN KIELLY AND TED
WAYNE THOMAS

VERSUS

TIMOTHY MICHAEL POYADOU,
JR., ABC INSURANCE COMPANY
AND XYZ INSURANCE COMPANY

NO.   2024 CW 0910

**DECEMBER 23, 2024**

---

In Re:    Timothy Michael Poyadou, Jr., applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 202115403.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT